UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOSE FRANCISCO GARCIA,<br><br>              Plaintiff,<br><br>     v.<br><br>STATE OF WASHINGTON, YAKIMA COUNTY JAIL OFFICIALS and YAKIM COUNTY JAIL,<br><br>              Defendants. | NO:  CV-12-3125-CI<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

Magistrate Judge Imbrogno filed a Report and Recommendation on November 29, 2012, ECF No. 12, recommending Mr. Garcia's Motion for Judgment be denied because Defendants had not been served and there had been no Order of Dismissal.  There being no objections, the Court **ADOPTS** the Report

//

//

ORDER ADOPTING REPORT AND RECOMMENDATION - - 1

1  and Recommendation.  Plaintiff's Motion, **ECF No. 7**, is **DENIED**.

2      **IT IS SO ORDERED**.  The District Court Clerk is directed to enter this

3  Order and provide a copy to Plaintiff.

4      **DATED** this <u>10th</u> day of January 2013.

          *s/ Rosanna Malouf Peterson*
          ROSANNA MALOUF PETERSON
          Chief United States District Court Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - - 2