1
2
3
4

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOSE FRANCISCO GARCIA,<br><br>            Plaintiff,<br><br>   v.<br><br>STATE OF WASHINGTON, YAKIMA COUNTY JAIL OFFICIALS and YAKIM COUNTY JAIL,<br><br>            Defendants. | NO:  CV-12-3125-CI<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION, DISMISSING COMPLAINT WITHOUT PREJUDICE AND DIRECTING THAT COLLECTION OF THE FILING FEE CEASE |

Magistrate Judge Imbrogno filed a Report and Recommendation, ECF No. 16, recommending that Mr. Garcia's Motion to Voluntarily Dismiss Complaint be granted. Defendants have not been served. There being no objections, the Court **ADOPTS** the Report and Recommendation. Plaintiff's Motion, ECF No. 14, is **GRANTED** and the Complaint is **DISMISSED WITHOUT PREJUDICE.**

On January 18, 2013, Plaintiff also submitted a Motion and Affidavit, ECF No. 15, to waive the remaining balance of the filing fee. For good cause shown,

ORDER ADOPTING REPORT AND RECOMMENDATION, DISMISSING
COMPLAINT WITHOUT PREJUDICE AND DIRECTING THAT
COLLECTION OF THE FILING FEE CEASE -- 1

**IT IS ORDERED** Plaintiff's Motion, ECF No. 15, is **GRANTED** and the institution having custody of Mr. Garcia shall cease collection of the filing fee in this action, cause number **CV-12-3125-CI.**

**IT IS SO ORDERED**. The District Court Executive is directed to enter this Order, enter judgment of dismissal without prejudice, forward a copy to Plaintiff and close the file. The District Court Executive is further directed to send a copy of this Order to the **Yakima County Jail, Attn: Jail Office Supervisor, 111 N. Front St., Yakima, WA 98901,** to forward to the appropriate agency having custody of Plaintiff. The District Court Executive also **shall** provide a copy of this Order to the Financial Administrator for the United States District Court, Eastern District of Washington.

**DATED** this 14th day of February 2013.

 *s/ Rosanna Malouf Peterson*  
ROSANNA MALOUF PETERSON  
Chief United States District Court Judge

ORDER ADOPTING REPORT AND RECOMMENDATION, DISMISSING COMPLAINT WITHOUT PREJUDICE AND DIRECTING THAT COLLECTION OF THE FILING FEE CEASE -- 2